# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Oscar Alejandro Perez-Gomez** | CASE INFORMATION: |
| JUVENILE: No | RELATED COMPLAINT: |
| PUBLIC or SEALED: Public | CASE NUMBER: 1:24-cr-00155-AKB |
| SERVICE TYPE: Notice | |
| (Summons/ Warrant/ Notice) | |
| ISSUE: Yes | County of Offense: **Jerome and Twin Falls** |
| INTERPRETER: No | |

U.S. COURTS

AUG 1 4 2024

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Superseding Indictment**

Felony: **Yes**　　Class A Misdemeanor: **No**

Class B or C Misdemeanor: **No**

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846 | ONE | **Conspiracy to Distribute Methamphetamine** | **At least 10 years and no more than life imprisonment and/or up to a $10,000,000 fine, at least 5 years supervised release, $100 Special Assessment** |
| 21 U.S.C. § 841(a)(1) and (b)(1)(B) | TWO THROUGH FIVE | **Distribution of Methamphetamine** | **At least 5 years and not more than 40 years imprisonment and/or $5,000,000 fine, at least 4 years supervised release, $100 special assessment** |
| 18 U.S.C. § 2; 21 U.S.C. § 841(a)(1) and (b)(1)(B) | SIX | **Distribution of Methamphetamine** | **At least 5 years and not more than 40 years imprisonment and/or $5,000,000 fine, at least 4 years supervised release, $100 special assessment** |
| 18 U.S.C. § 2; 21 U.S.C. § 841(a)(1) and (b)(1)(A) | EIGHT | **Possession with Intent to Distribute Methamphetamine** | **At least 10 years and no more than life imprisonment and/or up to a $10,000,000 fine, at least 5 years supervised release, $100 Special Assessment** |
| 21 U.S.C. § 853 | FORFEITURE ALLEGATION | **Drug Forfeiture** | **Forfeiture of listed property** |

Date: 14th August 2024

Assistant U.S. Attorney: CHRISTOPHER A. BOOKER
FRANCIS J. ZEBARI

Telephone No.: (208) 334-1211